UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
4:34 pm, Aug 14, 2025
JEFFREY P. COLWELL, CLERK

| | |
|---|---|
| James McKee, *in sui juris* ) | Case No. |
| Claimant, ) | |
| v. ) | |
| ) | verified; |
| The United States, ) | |
| Defendant. ) | |
| ) | **Trial by Jury Demanded** |
| ) | |

## ACTION FOR FRAUD, EXTORTION, RETALIATION, MALICIOUS PROSECUTION, DENIAL OF RIGHTS AND DUE PROCESS UNDER COLOR OF LAW AND TRESPASS

**Comes Now**, James McKee ("hereinafter referred to as Plaintiff" and/or "Claimant" and or "McKee") an American National and Coloradan in *sui juris* in this court of record in common law who brings this claim against the United States government – (hereinafter referred to as "Defendant" and/or "Wrongdoer" and/or "IRS", and/or "the United States") for damages directly caused by fraud, extortion, retaliation, malicious prosecution and deprivation of rights under color of law against this claimant – a living man by actions caused by the Internal Revenue Service – an agency of the United States government.

### JURISDICTION AND VENUE

Personal Jurisdiction exists over Defendant as the Internal Revenue Service conducts business within the State of Colorado and has an office in Denver. Plaintiff is domiciled in Boulder County, Colorado. Plaintiff's mailing address is based in Grandville, Michigan, however he has no physical presence in that state as the address belongs to a mail delivery and handling service designed for travelers and people without a permanent mailing address. Plaintiff has evidence to show Colorado as his domicile.

Subject matter jurisdiction exists over the defendant per 28 U.S.C. 1331, as Constitutional questions exist. Defendant has lost all qualified immunity through the collective and individual actions of its employees due to multiple violations of Federal Statutes that protect Plaintiff from harm caused by defendant corporation.

Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the acts and omissions giving rise to Plaintiff's claims occurred while he was and continues to live in Colorado State. Plaintiff's residence and the IRS's presence in Denver satisfy the venue requirement

The rules governing this action are, in order of superiority:
 (a) The rules of the common law;
 (b) United States Code;
 (c) The Federal Rules of Civil Procedure;
 (d) The Federal Rules of Evidence;
 (e) Federal Tort Claims Act.

NOVATION AND EXHAUSTION OF ADMINISTRATIVE ATTEMPT TO REMEDY

Novation and Estoppel have been invoked and is now active as a direct result of Plaintiff's sending of a Notice of Novation and received by The IRS Commissioner and Office of General Counsel in April 2025 (see exhibit 'W' and 'R' for proof of mailing), declaring that after 14 days from the IRS receipt of the aforementioned Notice, novation would be automatically invoked. The IRS remained silent, therefore acquiescence by silence has been obtained. Provisions in the Notice of Novation are entered into this case as evidence and will be listed further below. The Novation allows this Plaintiff to have private right of action in claiming several causes of action listed further below.

Generally, a party bringing suits of this nature must exhaust all administrative attempts to remedy – including the submission of an administrative claim and wait either for 6 months or a denial of claim before bringing suit, however, after submitting this administrative claim to the IRS claims unit and received by the IRS March 31, 2025 (as per Exhibit 'R'), this claim was forwarded to the IRS Frivolous Returns Unit, which assessed a 3rd of 3) $5000 penalty against this Plaintiff. This shows blatant retaliation against this private American for attempting to administratively remedy the serious matter. Courts have recognized exceptions where the administrative process has been unfairly delayed or

mishandled such as the strict waiting period may be waived or tolle due to the mis-direction and mishandling of the administrative claim – rendering the process unavailable, unfair and futile. The FTCA's time limits, while struct, are not absolute jurisdictional when fairness considerations arise from claim handling practices. Plaintiff asks this honorable court to bring this lawsuit within the six-month period because the agency effectively failed to properly handle the claim (as demonstrated by the IRS twice prior which forms the basis of this claim). Upon information and belief, the agency has by design, intent and/or severe corruption engineered or configured the system for handling and processing correspondences from the public as clearly demonstrated here. Waiting would cause further prejudice and risk for further threats of extortion and theft of Plaintiff's property, therefore, since agency misconduct has prevented the proper and timely administrative resolution, this Plaintiff asks the court to consider equitable tolling of time and waiver of any immunity Defendant may claim (See US v Wong 575 US 402 2015. Plaintiff understands this is an extraordinary circumstance; however, the IRS's actions require extraordinary handling of this matter.

## PARTIES

Plaintiff James McKee is a lawful private living man with properly recorded status and standing as an American National and Coloradan per 8 U.S.C. 1101(a)(21), who is owed the Law of Peace in all military venues; whose vessels are all permanently domiciled on the land and soil of Colorado; who is owed the General Session Law and Public Law and is not subject to any private statutory or municipal law. No evidence has ever been presented by any opposing party or counsel with regard to contradict this lawfully standing conclusion. (see exhibit 'S'). **Plaintiff has Article III standing and demands this court and Judge try this case uphold this standing.** The status of the Plaintiff is *"sui juris"*, not *"pro se"* Plaintiff is a human being and therefore are NOT, nor could NOT be, a statutory *person nor artificial person*. Plaintiff reserves all rights, waiving none ever. Plaintiff is NOT a member of the B.A.R. Association and is not under oath or contract to strictly follow the rules of civil procedure. Furthermore, the courts have held that action that is brought by sovereign individuals, in their *sui juris* capacity, is not to be held to the same high standards as action brought by 'licensed' attorneys. All that is required is that the pleading be in a format that *"any reasonable person could understand"* which this pleading conforms to.

Defendant is the United States – the liable and responsible entity for crimes, violations of law and violations of Plaintiff's rights committed by the Internal Revenue Service (IRS) – an agency of the United States government. This claim for damages refers to the Internal Revenue Service as the wrongdoer, however, the defendant remains the United States 'parent corporation' of the IRS. The IRS headquarter offices are located in Washington, DC and satellite offices in Denver, Colorado. Plaintiff has been unable to ascertain the living or fictitious status of several 'persons' names that have appeared on correspondences, threats and adverse action documents sent to the Plaintiff. On information and belief, all of the documents bearing a signature and person's name on the aforementioned notices are signed with an autopen or equivalent. It is also believed by Plaintiff that one of these 'persons' exist. Due to this unethical issue, Plaintiff is making claim against the entire Internal Revenue Service as a whole.

### EXHIBITS EXPLAINED

Exhibits attached and referenced are labelled from 'A' to 'Z', containing any of 4 primary categories: correspondence from the Defendant to Plaintiff, correspondence from Plaintiff to Defendant, Certified Mail Receipts, and Plaintiff's status, standing and fee schedule documents.

### FACTUAL ALLEGATIONS

In Spring 2020, Plaintiff attempted to receive a Covid-19 stimulus payment offered by the United States Government via the irs.gov website. One of the several steps involved was to ask the requester if they had filed a previous year income tax return or not. This plaintiff clicked the button indicating he did not file a previous year income tax return. The resulting webpage asked a series of basic questions , then a submit button appeared at the bottom of the page. After plaintiff submitted the information, discovered at some point in the process that a 3rd party partner website took over the process and submitted the information to the IRS in the form of a 2019 Income Tax Return (form 1040) . The email this Plaintiff received an email confirmation soon after that an income tax return was submitted to the IRS on my behalf without authorization or consent. Further, the email stated that $1 amounts were placed in some fields because these fields could not be zero – though they would not reflect actual income. Regardless of the method used to collect data for the purpose of generating a stimulus payment, it was done in deceit and fraudulently without this plaintiff's knowledge.

Once this act of fraud and deceit was discovered within moments, Plaintiff immediately drafted a complaint and made photocopies of the fraudulent 1040 form – printing in bold "NO CONTRACT" "SIGNATURE REVOKED" and "OFFER REFUSED". (see exhibit 'A'). Plaintiff sent via USPS Certified mail the complaint and aforementioned 2019 1040 form dated April 17, 2020 to multiple recipients at the IRS including the commissioner at the time Charles Rettig as well as several other principal departments (see exhibit 'B').

A few months later, Plaintiff received a letter from the Internal Revenue Service via USPS Mail dated August 19, 2021, stating that "your tax return filed had one or more positions that could be considered frivolous. The letter further stated that an opportunity to revoke this tax return filing was being offered (see exhibit 'C'). Plaintiff almost immediately responded with a letter dated September 25, 2021 with attached original complaint, fraudulent 1040 and further detail as to the fact that there was no return filed, but a statement of revocation – declaring the fraudulently created income tax form null and void. Plaintiff submitted via USPS Certified mail to the same IRS offices as well as Commissioner Rettig (see exhibit 'D').

A few months later, in December 2021, Plaintiff received a NOTICE OF PENALTY CHARGE from the IRS frivolous returns unit dated December 20, 2021. The notice stated a $5000 penalty charge was assessed against my name for filing a frivolous return (see exhibit 'E'). Plaintiff immediately responded firmly and with anger in writing – calling the IRS out for an additional act of fraud and returning correspondence to the same Frivolous Returns Unit, and also sending the same correspondence with evidence and exhibits to the same aforementioned department as well as the Commissioner – who has NEVER once responded to this Plaintiff's serious allegations.

A few months later, Plaintiff received a letter from the same Frivolous Returns Unit with yet another $5000 penalty for the same alleged act of filing a frivolous income tax return. Plaintiff followed up immediately with a Notic Demanding Abatement dated February 9, 2022. The IRS then sent Plaintiff a Notice of Levy dated February 20, 2022.  (see exhibit 'H'). Plaintiff has stated from the beginning of this persecution against him that no frivolous return was ever filed during this period. On information and belief, mail sent to the IRS from the public is scanned and either by optical character recognition or artificial intelligence – which assigns values to words and subject nature and routes the correspondence to the department the automated system 'thinks' is appropriate. It is unclear if a real live person has ever read any of this plaintiff's notices, letters, or

demands. It is also uncertain that the signature and names on many of the correspondences addressed to Plaintiff belong to real people. Upon information and belief, the IRS uses a tactic of creating fake, phony and false 'pseudonyms to communicate to the people. The ethics and legality of this are highly questioned by this Plaintiff.

The court should easily observe that every attempt by Plaintiff to redress the IRS for its wrongs was met by ignorance of his pleas, demands, Notices and Statements, with direct retaliation being committed numerous times by the criminal organization known as the IRS. The court should observe several back-and-forth correspondences (threats by Defendant and responses by Plaintiff) over the next two years from March 2023 to present day. (See Exhibit I)

In March 2025, Plaintiff received a Notice of Lien/Levy from the IRS demanding an extortion payment of over $12,000 (which encompassed 2 x $5000 penalties plus interest (see exhibit 'J'). Plaintiff then filed a US government issued form SF-95 claim form with a Notice of Liability and Claim (see Exhibit 'K') specifying an administrative claim for damages totaling $250,000 – which is substantiated by his publicly recorded fee schedule for violation of his rights. Plaintiff assessed 2- $125,000 penalties claimed for wrong and fraud committed by the IRS, its agents, employees and principles. In April 2025, Plaintiff received yet another Notice of Penalty Charge from the IRS Frivolous Returns Unit – just like the 2 aforementioned instances. As of May, 2025, this Plaintiff is being persecuted and extorted for over $17,000 (which amounts to 3x $5000 penalty charges and interest)(see exhibit 'M'). Plaintiff has repeatedly stated on written record a warning the IRS that litigation would be brought against the IRS for crimes committed.

Plaintiff has demonstrated repeatedly and clearly that he has attempted to address the crimes committed by the IRS, sought and exhausted all attempts to administratively remedy the matter, and stated in writing several times what the consequences would be for such crimes committed against him. Plaintiff's declarations remain unrebutted and stand firm as fact in law.

Plaintiff further states for and on the record that the IRS has become corrupt and has created unlawful consequences for an American attempting to expose these crimes to the IRS itself and to demand remedy administratively. This included multiple correspondences

as well as complaints to the Treasury Inspector General – all of which have been ignored or acquiesced by silence.

## CAUSES OF ACTION

Constitutional question 1: When in the course of the defendant attempting to commit crimes and illegal acts against and coming against the rights belonging to Plaintiff, is the Defendant subject to the United States Constitution? Plaintiff contends always, but Defendant's actions have demonstrated that they take the position that they are above the law.

Therefore, Plaintiff is entitled to injunctive relief against Defendant while enjoining them from enforcing penalties, threats, adverse action and extortion as a result of their immoral, unconscionable , illegal and retaliatory acts.

Constitutional question 2: Must the Defendant comply with Federal law and the United States Constitution? The Plaintiff contends yes, but Defendant's actions indicate otherwise

Therefore, Plaintiff is entitled to injunctive relief and to enjoin Defendant, from threatening to or enforcing any lien or levy against him.

Constitutional Question 3: Does the Internal Revenue Service – a so-called US government agency have the legal and lawful right to commit acts repugnant to United States statutes and United States Constitution simply because the IRS claims to be a US Government entity? Plaintiff states no, however Defendant's actions indicate their position as immune from the very laws established to protect the people from tyrants and overreach.

Therefore, Plaintiff is entitled to injunctive relief and to enjoin Defendant, from continuing to violate the laws of the United States and continue to maliciously persecute Plaintiff for his attempts to remedy a matter administratively.

Plaintiff claims the defendant, including its employees (living or fictitious) committed gross acts of trespass against this Plaintiff – an American National. Plaintiff further states that the IRS has grown into a tyrannical and horribly unethical organization engaged in racketeering, extortion, persecution and illegal behavior. With this entity operating in this

fashion, the only remedy a private American has is to hail this criminal entity into a public courtroom so that relief may be granted.

Plaintiff claims the Defendant, including its employees (living or fictitious) corrupted and engineered an automated system of routing mail and correspondence sent to the IRS by the use of AI and optical character recognition to remove the human element from decision-making, which may have resulted in a 'programmed retaliation' to penalize this claimant after attempting to remedy the matter lawfully and legally.

Wherefore, Plaintiff requests judgment and permanent injunction against Defendant.

### COUNT 1 – FRAUD

Plaintiff repeats, realleges, and incorporates by reference the allegations in lines 1 through 250 above with the same force and effect as if herein set forth.

Defendant Internal Revenue Service including any of its principals, employees, agents and computer algorithms directly and/or intentionally created and electronically filed an income tax return (form 1040) without Plaintiff's knowledge of consent. Even if the IRS position is not to cause any harm via this act, Plaintiff was not required to submit an income tax return to the IRS, and completed and recorded his Revocation of Election. Upon information and belief, the IRS secretly and fraudulently submitted an income tax return (even with insignificant numbers), it may have acquiesced Plaintiff into active taxpayer status.

### COUNT 2 – EXTORTION

Plaintiff repeats, realleges, and incorporates by reference the allegations in lines 1 through 263 above with the same force and effect as if herein set forth. Plaintiff has received several notices between 2020 and present day, with each notice demanding increased amounts of money as a result of three (3) unlawful and immoral assessments plus accruing interest after submitting complaints and notices to the IRS regarding their suspect and questionable acts. Plaintiff further states that the IRS appeals process as stated on each billing statement requires the taxpayer to remit a full payment of the balance owed as a pre requisite to requesting an appeal. Because the Plaintiff has demonstrated the assessments were unethical, illegal and immoral, he should not be liable to remit a single cent to request a review. Plaintiff has been more than thorough and detailed in noticing

agents and principals of the IRS of their errors and wrongs – which should have been more than sufficient in identifying the wrongdoings of the IRS. Instead, The IRS continues to send this Plaintiff threat Notices of Lien/Levy, with no remedy available to Plaintiff, thus violating 18 U.S.C. 872.

### UNT 3 – MALICIOUS PROSECUTION

Plaintiff repeats, realleges, and incorporates by reference the allegations in lines 1 through 279 above with the same force and effect as if herein set forth. Defendant has committed multiple acts of malicious prosecution against the Plaintiff. Several elements of malicious prosecution are present and demonstrated by the Defendant's actions in the following forms: 1) Threat of adverse action - by sending notice to this Plaintiff of the IRS' intent to lien and or levy Plaintiff's property; 2) Lack of probable cause - as the Defendant has never shown or submitted to Plaintiff any evidence that the IRS had any probable cause to persecute plaintiff; 3) Malice and improper purpose – the agency acted with malicious intent by disregarding Plaintiff's statements and notices, and instead forwarded his documents to the Frivolous Returns Unit for penalty assessment 3 times – with the irony being no 'returns' were submitted by Plaintiff to the IRS. The IRS violated 42 U.S.C. 1983 by committing these acts.

### COUNT 4 – DENIAL OF DUE PROCESS

Plaintiff repeats, realleges, and incorporates by reference the allegations in lines 1 through 293 above with the same force and effect as if herein set forth. Defendant corporation including bad actors, principals, agents and employees have repeatedly denied Plaintiff's rights to remedy, complain, and redress the agency for multiple unlawful, unethical, illegal acts, while retaliating against him for exercising his lawful right to address the agency and seek remedy. As a result of Defendants concerted, unlawful, and malicious conduct, Plaintiffs were deprived of their rights to equal protection of all the laws and to due process of law.

### COUNT 5 – TRESPASS

Plaintiff repeats, realleges, and incorporates by reference the allegations in lines 1 through 303 above with the same force and effect as if herein set forth. Defendant corporation including any living man or woman employed by this entity involved in any part or decision making or penalty assessment has committed an act and or multiple acts of trespass against this Plaintiff by creating a fake, phony and false penalty THREE

TIMES with interest charges adding up constantly and assigning this debt to the Plaintiff. Further, threats of Lien and Levy continue.

## LAW OF THE CASE

Fraud is when a person or entity committing an act has knowledge of a falsity. An element of fraud is intent to deceive.

Extortion is the unlawful conduct of government officials or entities who seek to extort money from individuals under the color of official authority. An element of extortion is to intend to obtain property - including financial instruments. Another element present is the threat of taking property if the unlawful demands are not met. Extortion violates 18 USC 872.

Malicious prosecution – Several elements exist to demonstrate malicious prosecution which include 1) intimidation of legal action. 2) lack of probable cause and 3) malice. A 4th element can exist in the form of damages. Malicious prosecution violates 42 USC 1983
Denial of Due Process Under Color of Law – encompasses any rights violations by officials acting under color of law, including but not limited to due process rights, lack of fair procedure and deprivation life, liberty property. This is codified in 42 USC 1983.

Retaliation – is a crime committed by an agent or employee of the Unites States Government in the context of violating or attacking an individual's free speech, redress of grievances or other constitutional protections .

Trespass – is unlawful entry onto the rights of another person without right or consent. The IRS committed acts of trespass by Imposition on autonomy by making decisions or taking acts that unlawfully restrict the Plaintiff's freedoms and personal choices, thereby encroaching upon his individual rights. Harassment and persecution – Repeatedly subjecting the Plaintiff to unwarranted scrutiny, pressure or intimidation which has disrupted his daily life and well-being.

Plaintiff reiterates the following facts: 1) he warned the IRS of his intent to sue if they continued their wrongdoings, 2) Plaintiff has submitted an administrative tort claim for injury to the IRS using form SF\-95 in March 2025. Under normal circumstances, the tolling of 180 days of time would pass (or a denial of claim) to allow a litigant to sue in

court, however, it was this administrative tort claim that triggered a third frivolous filing penalty.

Plaintiff references 26 U.S.C. 7433 which allows for an individual to litigate against the IRS for unauthorized collection actions. Specifically, under this section, y, this Plaintiff seeks damages against the IRS for Unauthorized collection actions without proper authority and disregard for following proper procedure.

Plaintiff's published fee schedule – As previously mentioned in this claim, Plaintiff has recorded into public record in Boulder County Colorado his unrebutted, uncontested fee schedule listing the damages he may lawfully and legally claim for direct violation of his unalienable rights (see Exhibit 'X')

## CONCLUSION

Plaintiff James McKee was victimized by agents, employees and programmed computer systems of the Internal Revenue Service – an agency of the Defendant. Plaintiff has gone far above and beyond in attempting to remedy the matter administratively, not for his attempts to fall on deaf ears but for his attempts to be mis-classified as a 'frivolous filer', causing three (3) separate but connected instances of being maliciously assessed $5000 penalties. Further, after each assessment, Plaintiff immediately responded with notices, demands and warnings- only to be retaliated against, then extorted. Plaintiff states for the record that the appeals process the IRS provides is designed to make it difficult or nearly impossible to establish an appeal due to the requirement to pay the entire amount of the penalty as a pre-condition.

The IRS continues to make threats of extortion, threats to this Plaintiffs Constitutional protections under the 4th Amendment and threats to steal property through notices to lien and levy which have significantly affected his well-being. Plaintiff has spent several hundred hours and many days of his unpaid time attempting to remedy the matter to no avail.

This Plaintiff is not seeking to 'get rich quick' or look for 'a payday'. The decision to establish this claim for damages arises as a result of never-ending tyranny and persecution including threats. The only remedy left is to bring this matter into the public light and seek remedy and relief – both injunctively and financially. This Plaintiff has previously

established and publicly recorded uncontested and unrebutted his fee schedule as part of his status and standing documents.

Plaintiff's hopes that exposing this matter the wrongdoings of the Defendant's agency – the IRS in public forum, so that others affected by the illegal, unlawful, immoral and malicious acts of the IRS may bring their claims forward to end this tyranny against Americans. On information and belief, there are many Americans affected by the wrongdoings of the IRS' through the employ of questionable process, procedures, technology and tactics with no fair remedies available to victims of their tyranny.

Plaintiff also preemptively places judicial notice into the record that he shall not tolerate unethical, immoral, illegal or malicious acts or privacy violations/ committed by defense counsel.

## CLAIM FOR RELIEF

This claim for relief is justified as this Plaintiff and Claimant, a properly declared and recorded American State National as defined in United States Constitution Article IV sec. 2 cl. 1 has been harmed through fraud, deliberate attack through malicious prosecution, retaliation and extortion , and denial of due process and deprivation of rights under color of law by an agency of the United States government. As a result of Defendant agency's illegal and malicious actions, the IRS wrongfully harmed, unduly injured, oppressed, threatened  this Plaintiff – who has suffered anxiety, loss of sleep, and suffered from attacks on his lawful status and standing.

Plaintiff states that though it is possible some AI based technological systems have automated the process resulting in adverse actions against him, he has attempted to serve notice on the IRS Commissioner(s) as well as the Office of Inspector General  - making them well aware of the fraud and abuse, only to find his pleas ignored Therefore, the IRS has IRS committed deliberate unlawful and illegal acts including violation of the supreme laws of the land, the Defendant entity and its principals, employees, agents and contractors should not enjoy any immunity from litigation or prosecution. The Defendant IRS's actions individually and collectively, make them fully liable for damages caused to the Plaintiff.

**WHEREFORE**, Plaintiff demands judgment against the Defendant for the violation of his status, standing, violation of his right to due process, violation of the Federal Constitutions, and violation of United states code including fraud, extortion and retaliation, for actual, general, and special damages in the amount of $375,000 for each of the 3 unlawful assessments , and further demands punitive damages in the amount of $375,000, totaling a minimum of $1,125,000 claimed, plus any additional damages such as the costs of this action, including other relief deemed to be just, fair, and appropriate.

Defendant acted with a clear disregard for the principles of jurisprudence, supreme laws of the land, Plaintiff's rights for due process and his status and standing, and when Plaintiff attempted to make complaints and expose the wrongdoings to the entity itself was met with retaliation and extortion, and threats.

Plaintiff asks this honorable court for a permanent injunction to be levied against the Internal Revenue Service regarding this matter to forcibly estop the tyranny from continuing.

The calculation of compensatory damages is based in part from Plaintiff's published and un-rebutted and uncontested fee schedule which was recorded in Boulder County District Clerk's office. This fee schedule is admitted as Exhibit 'X'),

All statements incorporated into this document and exhibits are made from first-hand knowledge and or information and belief.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY AT COMMON LAW IN AN ARTICLE III COURT.**

Plaintiff further sayeth not.

Signed from "without" the "United States" in accordance with 28 U.S.C. §1746(1). All rights reserved without prejudice, UCC 1-308.

Respectfully Submitted,

[SEAL]

by: James McKee ©, Plaintiff

*American State National in sui juris*

*all rights reserved and none waived.*

dated: August 10, 2025

*2885 Sanford Avenue Southwest*

*#44476*

*Grandville, MI 49418*

*libertylawcounsel@protonmail.com*

*Tel: (720)593-2150*